# DIVIDENDS REMITTED TO THE COURT

*R# 150440*

*# 113*

Case Number 09-14224 - VERDE, JOSE LUIS

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | 000001 | 966.40 | 4.52 |
| ---------- Remittance Total --------------- | | 966.40 | 4.52 |

_____
TRUSTEE VIRGIL E. BROWN, JR., Trustee